# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: IKO ROOFING SHINGLE PRODUCTS
LIABILITY LITIGATION**                                MDL No. 2104

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO −5)

On December 3, 2009, the Panel transferred 4 civil action(s) to the United States District Court for the Central District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 659 F.Supp.2d 1364 (J.P.M.L. 2009). Since that time, 4 additional action(s) have been transferred to the Central District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Harold A Baker.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of Illinois and assigned to Judge Baker.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Central District of Illinois for the reasons stated in the order of December 3, 2009, and, with the consent of that court, assigned to the Honorable Harold A Baker.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Mar 11, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: IKO ROOFING SHINGLE PRODUCTS**
**LIABILITY LITIGATION**                                    MDL No. 2104

### SCHEDULE CTO−5 − TAG−ALONG ACTIONS

**DIST**   **DIV.**   **C.A.NO.**   **CASE CAPTION**

WISCONSIN WESTERN

WIW     3     14−00140     Bakken, Roger v. IKO Manufacturing Inc. et al